■ In the Matter of RONNY BRET MINTZ, Admitted as R. BRETT MINTZ, a Disbarred Attorney, for Reinstatement. [596

NYS2d 674] —Petition granted to the extent of referring the matter to the Departmental Disciplinary Committee for a hearing, as indicated. Concur—Sullivan, J. P., Milonas, Rosenberger, Ross and Kassal, JJ.